IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-02840-PAB-CBS    Date: April 18, 2016
Courtroom Deputy: Amanda Montoya    FTR – Reporter Deck-Courtroom A402

*Parties:*    *Counsel:*

ANGELO GARCIA,    Joshua Sanford

Plaintiff,

v.

J-W WIRELINE COMPANY,    Julie Walker

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  TELEPHONE STATUS AND RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 08:31 a.m.**
Court calls case.  Appearances of counsel.

Parties have reached a settlement agreement.

**ORDERED:**  Parties shall file a stipulated motion to dismiss no later than **May 2, 2016.**

   *[5] Motion for Rule 23 Class Certification* is **DENIED AS MOOT.**

Hearing concluded.

**Court in recess: 08:33 a.m.**
Total time in court:    00:02

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.